# Exhibit B

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Past Proceedings

| | |
|---|---|
| **CASE INFORMATION:** | 25SMCV04193 |
| **Case Title:** | EMORY ANDREW TATE, III, ET AL. VS META PLATFORMS, INC. |
| **Filing Courthouse:** | Santa Monica Courthouse |
| **Filing Date:** | 8/13/2025 |
| **Case Type:** | Other Non-Personal Injury/Property Damage tort (General Jurisdiction) |
| **Status:** | Pending |

Click here to access document images for this case.

If this link fails, you may go to the Case Document Images site and search using the case number displayed on this page

Print New Search

## FUTURE HEARINGS

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Past Proceedings

| | | | | |
|---|---|---|---|---|
| **8/27/2025** | 08:30 | Department O | 1725 Main Street, Santa Monica, CA 90401 | Hearing on Ex Parte Application to File Pro Hac Vice Application Under Seal |
| **2/10/2026** | 08:30 | Department O | 1725 Main Street, Santa Monica, CA 90401 | Case Management Conference |

## PARTY INFORMATION

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Past Proceedings

| | |
|---|---|
| **BRENNEMAN RAYMOND** | Attorney for Plaintiff |
| **META PLATFORMS INC.** | Defendant |
| **TATE EMORY ANDREW III** | Plaintiff |
| **TATE TRISTAN** | Plaintiff |

## DOCUMENTS FILED

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Past Proceedings

| | | |
|---|---|---|
| **8/20/2025** | Ex Parte Application | Filed by Emory Andrew Tate, III (Plaintiff); Tristan Tate (Plaintiff) |
| **8/20/2025** | Notice of Lodging | Filed by Emory Andrew Tate, III (Plaintiff); Tristan Tate (Plaintiff) |
| **8/15/2025** | Clerks Certificate of Service By Electronic Service | Filed by Clerk |

| | | |
|---|---|---|
| **8/15/2025** | Notice of Case Management Conference | Filed by Clerk |
| **8/13/2025** | Alternative Dispute Resolution Packet | Filed by Clerk |
| **8/13/2025** | Civil Case Cover Sheet | Filed by Emory Andrew Tate, III (Plaintiff); Tristan Tate (Plaintiff) |
| **8/13/2025** | Complaint | Filed by Emory Andrew Tate, III (Plaintiff); Tristan Tate (Plaintiff) |
| **8/13/2025** | Notice of Case Assignment - Unlimited Civil Case | Filed by Clerk |
| **8/13/2025** | Summons | Filed by Emory Andrew Tate, III (Plaintiff); Tristan Tate (Plaintiff) |

## PROCEEDINGS HELD

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | **Past Proceedings**

## REGISTER OF ACTIONS

Case Information | **Register Of Actions** | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Past Proceedings

| | |
|---|---|
| **8/21/2025** | Hearing on Ex Parte Application to File Pro Hac Vice Application Under Seal scheduled for 08/27/2025 at 08:30 AM in Santa Monica Courthouse at Department O |
| **8/20/2025** | Ex Parte Application to File Pro Hac Vice Application Under Seal; Filed by: Emory Andrew Tate, III (Plaintiff); Tristan Tate (Plaintiff); As to: Emory Andrew Tate, III (Plaintiff); Tristan Tate (Plaintiff) |
| **8/20/2025** | Notice of Lodging Pro Hac Vice Application of Thomas Maniotis (unredacted); Filed by: Emory Andrew Tate, III (Plaintiff); Tristan Tate (Plaintiff) |
| **8/15/2025** | Case Management Conference scheduled for 02/10/2026 at 08:30 AM in Santa Monica Courthouse at Department O |
| **8/15/2025** | Notice of Case Management Conference; Filed by: Clerk |
| **8/15/2025** | Clerks Certificate of Service By Electronic Service; Issued and Filed by: Clerk; As to: Raymond Brenneman (Attorney) |
| **8/15/2025** | Case assigned to Hon. H. Jay Ford III in Department O Santa Monica Courthouse |
| **8/13/2025** | Complaint; Filed by: Emory Andrew Tate, III (Plaintiff); Tristan Tate (Plaintiff); As to: Meta Platforms, Inc. (Defendant) |
| **8/13/2025** | Civil Case Cover Sheet; Filed by: Emory Andrew Tate, III (Plaintiff); Tristan Tate (Plaintiff); As to: Meta Platforms, Inc. (Defendant) |
| **8/13/2025** | Summons on Complaint; Issued and Filed by: Emory Andrew Tate, III (Plaintiff); Tristan Tate (Plaintiff); As to: Meta Platforms, Inc. (Defendant) |
| **8/13/2025** | Alternative Dispute Resolution Packet; Filed by: Clerk |
| **8/13/2025** | Notice of Case Assignment - Unlimited Civil Case; Filed by: Clerk |

Back To Top