# Exhibit H

| SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF LOS ANGELES | FOR COURT USE ONLY<br><br>**FILED**<br>Superior Court of California<br>County of Los Angeles<br>08/15/2025<br>David W. Slayton, Executive Officer / Clerk of Court<br>By: W. Lee Deputy |
|---|---|
| COURTHOUSE ADDRESS:<br>Santa Monica Courthouse<br>1725 Main Street, Santa Monica, CA 90401 | |
| PLAINTIFF(S)/PETITIONER(S):<br>Emory Andrew Tate, III et al | |
| DEFENDANT(S)/RESPONDENT(S):<br>Meta Platforms, Inc. | |
| **CLERK'S CERTIFICATE OF SERVICE<br>BY ELECTRONIC SERVICE** | CASE NUMBER:<br>25SMCV04193 |

I, David W. Slayton, Executive Officer/Clerk of Court of the above-entitled court, do hereby certify that I am not a party to the cause herein and that on this date I served the

**Notice of Case Management Conference of 08/15/2025**

upon each party or counsel of record in the above entitled action by electronically serving to the party or parties at the electronic address as listed below:

**"Brenneman, Raymond" <raymond@brennemanlegal.com>**

The electronic transmission originated from the Superior Court of California, County of Los Angeles email address eService-DoNotReply@lacourt.org at the Santa Monica Courthouse, 1725 Main Street in Santa Monica, California.

Dated: 08/15/2025

David W. Slayton, Executive Officer / Clerk of Court

By: W. Lee
Deputy Clerk