# Exhibit I

Raymond E. Brenneman (CA Bar. No. 333699)
BRENNEMAN APC
1901 Avenue of the Stars, Suite 200
Los Angeles, California 90067
Phone: (310) 870-8088
Email: raymond@brennemanlegal.com

Thomas Maniotis, Esq. (pro hac vice pending)
Equity Legal, PLLC
5201 Blue Lagoon Drive, Fl. 8
Miami, Florida 33126
Telephone: (305) 629-3219
tamaniotis@equitylegal.net

Attorney for Plaintiffs
*EMORY ANDREW TATE III & TRISTAN TATE*

**Electronically FILED by Superior Court of California, County of Los Angeles 8/20/2025 9:47 PM David W. Slayton, Executive Officer/Clerk of Court, By A. Mejia, Deputy Clerk**

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**FOR THE COUNTY OF LOS ANGELES**

EMORY ANDREW TATE III, an Individual; TRISTAN TATE, an Individual;

Plaintiffs,

vs.

META PLATFORMS, INC.; and DOES 1 through 10, inclusive,

Defendant(s).

Case No.: 25SMCV04193

**NOTICE OF LODGMENT OF APPLICATION FOR ORDER ADMITTING THOMAS MANIOTIS AS COUNSEL PRO HAC VICE FOR PLAINTIFFS EMORY ANDREW TATE III AND TRISTAN TATE**

Action filed: August 13, 2025

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

/ / /

/ / /

/ / /

**PLEASE TAKE NOTICE** that, pursuant to California Rules of Court, Rule 2.551(b)(1), Plaintiffs Emory Andrew Tate III and Tristan Tate lodge with the Court the following document conditionally under seal, pending the Court's ruling on the concurrently-filed *Ex Parte* Application for Order Sealing Portions of *Pro Hac Vice* Application:

NOTICE OF APPLICATION AND APPLICATION FOR ORDER ADMITTING THOMAS MANIOTIS AS COUNSEL *PRO HAC VICE* FOR PLAINTIFFS EMORY ANDREW TATE III AND TRISTAN TATE; MEMORANDUM IN SUPPORT; VERIFIED APPLICATION OF THOMAS MANIOTIS; DECLARATION OF RAYMOND E. BRENNEMAN

The unredacted version has been submitted electronically using the Court's electronic filing system and has been marked "**CONDITIONALLY UNDER SEAL** ***Pursuant to Cal. Rules of Court, Rule 2.551—Lodged pending ruling on motion to seal***." A redacted version omitting only the address has been filed publicly as Exhibit A to the Declaration of Raymond E. Brenneman filed in support of the above-mentioned *Ex Parte* Application.

A courtesy hard copy of the lodged document will be provided to the Court at the hearing if needed.

This lodging is made in accordance with California Rules of Court, rule 2.551, and the document will not be filed or publicly disclosed unless and until ordered by the Court.

DATED: August 20th, 2025

Respectfully Submitted,

**BRENNEMAN APC**

By: *Raymond Brenneman*
Raymond E. Brenneman, Esq.
Attorney for Plaintiffs,
Emory Andrew Tate III and Tristan Tate